UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

KEITH COLLINS, JR.,              CIVIL ACTION NO. 1:19-CV-1591-P
Petitioner

VERSUS                           JUDGE DRELL

WARDEN,                          MAGISTRATE JUDGE PEREZ-MONTES
Respondent

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 1, 7), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Petition (ECF No. 1, 7) is hereby DENIED and DISMISSED WITHOUT PREJUDICE.

THUS DONE AND SIGNED, at Alexandria, Louisiana, on this 20th day of

_____*FEBRUARY*_____, 2020.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE